HOFFMAN v HK CRAIG & ASSOCIATE, LLC

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 31 2013 ★
BROOKLYN OFFICE

EASTERN DISTRICT COURT OF NEW YORK

PETER GOODMAN, an individual, on behalf of himself and all others similarly situated,

    Plaintiff,

vs.

HK CRAIG & ASSOCIATES, LLC and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, BEING FICTITIOUS NAME OF UNIDENTIFIED PERSONS WHO CONTROL THE POLICIES AND PRACTICES INVOKED BY HK CRAIG & ASSOCIATES, LLC,,

    Defendant

Case No.: 2:13cv311 SJF (JFB)

ANSWER

COMES NOW the Defendant HK CRAIG & ASSOCIATES, LLC. in answering the allegations of the Complaint on file herein, affirms, denies and alleges as follows:

Answering the allegations of Paragraph 1-8 of the Complaint herein, Defendant denies all facts.

Answering the allegations of Paragraph 9 of the Complaint herein, Defendant affirms all facts.

Answering the allegations of Paragraph 10-13 of the Complaint herein, Defendant denies all facts.

Answering paragraph 14 -Defendant denies all allegations.

Answering paragraph 15 -Defendant denies all allegations.

Answer - 1

1. Answering paragraph 16 - Defendant denies all allegations.
2. Answering paragraph 17 - Defendant denies all allegations.
3. Answering paragraph 18 - Defendant denies all allegations.
4. Answering paragraph 19 - Defendant denies all allegations.
5. Answering paragraph 20 - Defendant denies all allegations.
6. Answering paragraph 21 - Defendant denies all allegations.
7. Answering paragraph 22 - Defendant denies all allegations.
8. Answering paragraph 23 - Defendant denies all allegations.
9. Answering paragraph 24 - Defendant denies all allegations.
10. Answering paragraph 25 - Defendant denies all allegations.
11. Answering paragraph 26 - Defendant denies all allegations.
12. Answering paragraph 27 - Defendant denies all allegations.
13. Answering paragraph 28 - Defendant denies all allegations.
14. Answering paragraph 29 - Defendant denies all allegations.
15. Answering paragraph 30 - Defendant denies all allegations.
16. Answering paragraph 31 - Defendant denies all allegations.
17. Answering paragraph 32 - Defendant denies all allegations.
18. Answering paragraph 33 - Defendant denies all allegations.
19. Answering paragraph 34 - Defendant denies all allegations.
20. Answering paragraph 35 - Defendant denies all allegations.
21. Answering paragraph 36 - Defendant denies all allegations.
22. Answering paragraph 37 - Defendant denies all allegations.
23. Answering paragraph 38 - Defendant denies all allegations.
24. Answering paragraph 39 - Defendant denies all allegations.
25. Answering paragraph 40 - Defendant denies all allegations.

The Defendant now brings forth the following Affirmative Defenses:

### DEFENSE 1 – Failure to State a Claim

Defendant answering the Complaint herein, alleges that all allegations and counts as set forth therein fails to state a claim for which relief can be granted.

WHEREFORE, Defendant prays that the Plaintiff take nothing and the Defendant have judgment against the Plaintiff and recover the costs of suit herein, and such other relief the court may deem proper.

Dated this 25th day of July, 2013

*[signature]*

534 South Pineapple Avenue,
Suite 200
Sarasota, Florida 34236

Answer - 3